14879

DRIGGERS v. CITY OF FLORENCE

(2 S. E. (2d), 790)

312

*Messrs. McEachin & Townsend,* for appellant,

*Messrs. J. D. Gilland* and *W. Stokes Houck,* for respondent,

May 11, 1939.

The opinion of the Court was delivered by MR. JUSTICE STABLER.

We have read with care the testimony in this case, and are satisfied that the conclusions reached by the trial Judge are correct.

For the reasons stated in his order of nonsuit, therefore, which will be reported, the judgment of the Court below is affirmed.

MESSRS. JUSTICES BONHAM, BAKER and FISHBURNE and MR. ACTING ASSOCIATE JUSTICE H. F. RICE concur.

MR. JUSTICE CARTER did not participate on account of illness.